HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MANUEL DE JESUS LOPEZ-MIRANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br> v.<br><br>MANUEL DE JESUS LOPEZ-MIRANDA,<br><br>    *Defendant.* | No. 1:12-cr-0182 LJO / SKO<br><br>STIPULATION **ADVANCING** STATUS CONFERENCE FOR A CHANGE OF PLEA; ORDER THEREON<br><br>Date: July 8, 2013<br>Time: 8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

  **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, United States Attorney Mia A. Giacomazzi, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Manuel de Jesus Lopez-Miranda, that the status conference currently set for August 19, 2013 at 8:30 a.m., **may be advanced and rescheduled to July 8, 2013 at 8:30 a.m. for a change of plea hearing before Hon. Lawrence J. O'Neill.**

  The parties have entered into a plea agreement and have agreed to set the matter for a change of plea July 8, 2013.

///

///

///

///

|   |   |   |
|---|---|---|
| 1 |   | BENJAMIN B. WAGNER |
| 2 |   | United States Attorney |
| 3 | Dated: July 1, 2013 | */s/ Mia A. Giacomazzi* |
|   |   | MIA A. GIACOMAZZI |
| 4 |   | Assistant United States Attorney |
|   |   | Attorney for Plaintiff |

HEATHER E. WILLIAMS
Federal Defender

Dated: July 1, 2013                           /s/ Peggy Sasso
                                              PEGGY SASSO
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              Manuel de Jesus Lopez-Miranda

## ORDER

**IT IS SO ORDERED.**

DATED: July 1, 2013                           /s/ Lawrence J. O'Neill
                                              Lawrence J. O'Neill, Judge
                                              United States District Court
                                              Eastern District of California